## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jennifer L Parson
                        Plaintiff,

v.                                              Case No.: 1:24–cv–01493
                                                    Honorable John Robert Blakey

Allstate Insurance Company
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 7, 2024:

       MINUTE entry before the Honorable John Robert Blakey: The Court grants Plaintiff's unopposed motion for leave to file documents under seal [19], denies as moot Plaintiff's previous motion [16], and strikes the 5/8/24 Notice of Motion date. The Clerk shall also terminate docket entry [15] as a pending motion; the documents filed here are the sealed exhibits, not a motion. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.