# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PARSON, individually and as an administrator of the Estate of MICHAEL BRADLEY PARSON, deceased,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>*Defendant*. | Case No. 1:24-cv-01493<br><br>Hon. John Robert Blakey |

## DEFENDANT ALLSTATE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT

Defendant Allstate Insurance Company ("Allstate"), pursuant to Rule 6 of the Federal Rules of Civil Procedure, respectfully moves for a seven-day extension of time to respond to the Amended Complaint (Dkt. 8.). In support of this motion, Allstate states as follows:

1. Plaintiff filed her Amended Complaint on April 25, 2024. (Dkt. 8.) In addition to reasserting two claims first brought in her original complaint, Plaintiff asserts four new causes of action and several additional factual allegations.

2. Allstate's current deadline to respond to the Amended Complaint is May 16, 2024. (Dkt. 7.)

3. Allstate requests an additional seven days, or until May 23, 2024, to file a responsive pleading. Allstate seeks this extension of time not for purposes of delay

but in order to assess the new allegations and the four new causes of action asserted in the Amended Complaint.

4. This is Allstate's first request for an extension of time to respond to the Amended Complaint.

5. Allstate's counsel has conferred with Plaintiff's counsel, and Plaintiff does not oppose the relief sought herein.

WHEREFORE, Defendant Allstate respectfully requests that this Court grant this Motion and set the deadline for Allstate to respond to the Amended Complaint as May 23, 2024.

Dated: May 15, 2024

Respectfully submitted,

/s/ John K. Theis
John K. Theis
Ariel Wilson
Michelle Conklin
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: 312.471.8700
jtheis@rshc-law.com
awilson@rshc-law.com
mconklin@rshc-law.com

*Counsel for Allstate Insurance Company*