# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PARSON, individually and as an administrator of the Estate of MICHAEL BRADLEY PARSON, deceased,<br><br>      Plaintiffs,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>      Defendant. | Case No. 1:24-cv-01493<br><br>Hon. John Robert Blakey |

## NOTICE OF PRESENTMENT

**PLEASE TAKE NOTICE** that Defendant Allstate Insurance Company ("Allstate"), through its undersigned counsel, will move this Court, the Honorable John Robert Blakey, United States District Judge for the Northern District of Illinois presiding, at the United States Courthouse in courtroom 1203 at 219 South Dearborn Street, Chicago, IL 60604, on May 29, 2024, at 11:00 am, or as soon thereafter as counsel may be heard, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Amended Complaint Counts II-VI of which Plaintiff Parson asserts against Allstate in their entirety and with prejudice, and granting such other and further relief that this Court may deem just and proper.

Dated: May 23, 2024                    Respectfully submitted,

/s/ *John K. Theis*
John K. Theis
Ariel Wilson
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone:    312.471.8700
Facsimile:     312.471.8701
jtheis@rshc-law.com
awilson@rshc-law.com

*Counsel for Allstate Insurance Company*